UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IRON WORKERS DISTRICT
COUNCIL OF SOUTHERN OHIO
& VICINITY BENEFIT TRUST, *et al.*,

    Plaintiffs,

vs.

COMMUNITY INSURANCE
COMPANY,

    Defendant.

Case No. 3:23-cv-362

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

### ORDER CONDITIONALLY DISMISSING THIS CASE
_____

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any of the parties may, upon good cause shown within **thirty (30) days**, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

August 21, 2025                        s/*Michael J. Newman*
                                            Hon. Michael J. Newman
                                            United States District Judge